IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REGINALD FEATHERSON                                                                PLAINTIFF

v.                          Civil No. 4:10-cv-04065

OFFICER CURTIS RHONE,
Miller County Detention Center                                                     DEFENDANT

## JUDGMENT

For the reasons stated in a memorandum opinion of even date, this case is dismissed based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b). The trial scheduled for May 4, 2011, is cancelled.

IT IS SO ORDERED this 29th day of April 2011.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE